IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CANDY COLLINS,

    Petitioner,

v.                                            Case No. 4:14cv459-MW/CAS

J. V. FLOURNOY, Warden,

    Respondent.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus filed under 28 U.S.C. § 2241, ECF No. 1, is **DENIED**." The Clerk shall close the file.

SO ORDERED on August 4, 2016.

                                                      s/Mark E. Walker     
                                                      **United States District Judge**